# United States Bankruptcy Court
### Eastern District of Virginia
Newport News Division
U. S. Courthouse
101 – 25th Street, Room 106
Newport News, VA 23607

| | |
|---|---|
| In re:<br>Jonathan A. Loy<br>Jeremiah Anthony O'Sullivan as Trustee and Receiver for the Bankrupt Jonathan A. Loy | **Case Number** 07–51040–SCS<br>**Chapter** 15<br>**Judge** Stephen C. St. John |
| Debtor(s) | |

## ** CONFIRMATION OF REQUEST FOR HEARING **

To:     **Douglas M. Foley, Esq.**

A hearing has been scheduled for

**Date:** November 1, 2007      **Time:** 11:00 AM

**Location:** Judge St. John – Courtroom, U.S. Bankruptcy Court, 600 Granby Street, 4th Fl., Ctrm. 1, Norfolk, VA 23510

to consider and act upon the following:

*3* – Motion to Approve –– Petition for Recognition of Foreign Main Proceeding Pursuant to Sections 1515 and 1517 of the Bankruptcy Code and Relief in Aid Thereof and Memorandum of Law in Support filed by Douglas M. Foley of McGuireWoods LLP on behalf of Jeremiah Anthony O'Sullivan as Trustee and Receiver for the Bankrupt Jonathan A. Loy. (Attachments: # (1) Exhibit(s) Exhibits) (Foley, Douglas)

As the party requesting the hearing, you are responsible for sending notice to all other applicable parties.

The Notice of hearing and Certificate of Service must be filed within 5 days from the date of this confirmation.

**It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement of any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.**

FAILURE TO COMPLY WITH THESE NOTICING INSTRUCTIONS MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET.

Dated:   October 29, 2007           For the Court,

                            William C. Redden, Clerk
                            United States Bankruptcy Court

Attorney for Debtor:  Douglas M. Foley
Trustee:  None