# SwartleyServices, Inc.

Private Process Server
*166 S. Rosemont Rd., Ste.F    Virginia Beach, VA 23452*
*Phone: (757) 438-3537    Fax: (757) 431-9283*

**Return on Service**

| | | |
|---|---|---|
| Plaintiff: | IN RE: PETITION OF THE OFFICIAL RECEIVER & TRUSTEE OF THE PROPERTY OF JONATHAN LOY | ID No: 27614 |
| Defendant: | JONATHAN LOY-DEBTOR | Atty File : |
| | | Norfolk U.S. DISTRICT, EASTERN VIRGINIA Bankruptcy |
| Served: | JONATHAN A. LOY<br>5 QUARTERHORSE TURN<br>Hampton, VA 23660 | Case No. 07-51040<br>Return By: 11/1/2007 11:00 AM |
| Writ: | NOTICE OF MOTION, NOTICE OF PRELIMINARY HEARING ON THE CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN MAIN/NONMAIN PROCEEDING | |
| | | Phone Number  (757) 640-3700 |
| Attorney | Douglas Foley<br>McGuire Woods L.L.P.<br>9000 World Trade Center<br>Norfolk, VA 23510 | Fax Number  (757) 640-3701 |

Witness / Defendant JONATHAN A. LOY was served according to law, as indicated below:

**POSTED: Not being at given address, was POSTED at the following address:**
**13 OLD FOX HILL RD.**

I, David Haines hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **10/30/2007**    TIME: **1216**

*[signature]*
Signature of Process Server

**NOTARY**

State of Virginia, City of Norfolk_____

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above, sworn and subscribed before me on this **Tuesday, October 30, 2007**

*[signature]*    My Commission Expires
Notary Public

LEWIS SWARTLEY
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2009
NOTARY REG. NO. 257776

**REMARKS   RUSH-MR. LOY WAS IN HOUSE, BUT WOULD NOT ANSWER DOOR**

# *SwartleyServices, Inc.*

Private Process Server
*166 S. Rosemont Rd., Ste.F    Virginia Beach, VA 23452*
*Phone: (757) 438-3537    Fax: (757) 431-9283*

**Return on Service**

| | | |
|---|---|---|
| Plaintiff: | IN RE: PETITION OF THE OFFICIAL RECEIVER & TRUSTEE OF THE PROPERTY OF JONATHAN LOY | ID No: 27615 |
| Defendant: | JONATHAN LOY-DEBTOR | Atty File : |
| | | Norfolk U.S. DISTRICT, EASTERN VIRGINIA Bankruptcy |
| Served: | LEO JON PERK<br>150 STRAWBERRY PLAINS RD.<br>STE. D<br>Williamsburg, VA 23188 | Case No. 07-51040<br>Return By: 11/1/2007 11:00 AM |
| Writ: | NOTICE OF MOTION, NOTICE OF PRELIMINARY HEARING ON THE CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN MAIN/NONMAIN PROCEEDING | |
| | | Phone Number (757) 640-3700 |
| Attorney | Douglas Foley<br>McGuire Woods L.L.P.<br>9000 World Trade Center<br>Norfolk, VA 23510 | Fax Number (757) 640-3701 |

Witness / Defendant LEO JON PERK was served according to law, as indicated below:

**OTHER: At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of its purport to the person found there in charge of such business or place of employment. Name of person found there in charge:
LYNN TRUITT, OFFICE MANAGER**

I, David Haines hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **10/30/2007**    TIME: **1304**

*[signature]*

Signature of Process Server

**NOTARY**

State of Virginia, City of Norfolk_____

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this **Tuesday, October 30, 2007**

*[signature]*    My Commission Expires:

Notary Public

*[Notary seal: LEWIS SWARTLEY, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES FEB. 28, 2009, NOTARY REG. NO. 257776]*

**REMARKS   RUSH**

## *SwartleyServices, Inc.*

Private Process Server
*166 S. Rosemont Rd., Ste.F    Virginia Beach, VA 23452*
*Phone: (757) 438-3537    Fax: (757) 431-9283*

**Return on Service**

| | | |
|---|---|---|
| Plaintiff: | IN RE: PETITION OF THE OFFICIAL RECEIVER & TRUSTEE OF THE PROPERTY OF JONATHAN LOY | ID No:  27613 |
| Defendant: | JONATHAN LOY-DEBTOR | Atty File : |
| | | Norfolk U.S. DISTRICT, EASTERN VIRGINIA Bankruptcy |
| Served: | LEO JON PERK<br>150 STRAWBERRY PLAINS RD.<br>STE. D<br>Williamsburg, VA 23188 | Case No. 07-51040<br>Return By:  11/1/2007 11:00 AM |
| Writ: | CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN MAIN/NONMAIN PROCEEDING | |
| | | Phone Number   (757) 640-3700 |
| Attorney | Douglas Foley<br>McGuire Woods L.L.P.<br>9000 World Trade Center<br>Norfolk, VA 23510 | Fax Number    (757) 640-3701 |

Witness / Defendant LEO JON PERK  was served according to law, as indicated below:

**OTHER: At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of its purport to the person found there in charge of such business or place of employment. Name of person found there in charge:
LYNN TRUITT, OFFICE MANAGER**

I, David Haines hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **10/29/2007**   TIME: **1447**

*[signature]*
Signature of Process Server

**NOTARY**

State of Virginia, City of Norfolk_____

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this **Tuesday, October 30, 2007**

*[signature]*   My Commission Expires:
Notary Public



LEWIS SWARTLEY
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2009
NOTARY REG. NO. 257776

**REMARKS  RUSH**

# SwartleyServices, Inc.

Private Process Server
*166 S. Rosemont Rd., Ste.F    Virginia Beach, VA 23452*
*Phone: (757) 438-3537    Fax: (757) 431-9283*

### Return on Service

| | | |
|---|---|---|
| Plaintiff: | IN RE: PETITION OF THE OFFICIAL RECEIVER & TRUSTEE OF THE PROPERTY OF JONATHAN LOY | ID No: 27612 |
| Defendant: | JONATHAN LOY-DEBTOR | Atty File : Norfolk U.S. DISTRICT, EASTERN VIRGINIA Bankruptcy |
| Served: | JONATHAN A. LOY<br>5 QUARTERHORSE TURN<br>Hampton, VA 23660 | Case No. 07-51040<br>Return By: 11/1/2007 11:00 AM |
| Writ: | CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN MAIN/NONMAIN PROCEEDING | Phone Number (757) 640-3700<br>Fax Number (757) 640-3701 |
| Attorney | Douglas Foley<br>McGuire Woods L.L.P.<br>9000 World Trade Center<br>Norfolk, VA 23510 | |

Witness / Defendant JONATHAN A. LOY was served according to law, as indicated below:

**PERSONAL SERVICE: Not being at given address, was served PERSONALLY at the following address:**
**13 OLD FOX HILL RD.**

I, David Haines hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **10/29/2007**    TIME: **1621**

*[signature]*
Signature of Process Server

**NOTARY**

State of Virginia, City of Norfolk_____

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this **Tuesday, October 30, 2007**

*[signature]*                                My Commission Expires
Notary Public

**REMARKS  RUSH**

LEWIS SWARTLEY
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2009
NOTARY REG. NO. 257776

## Blanks, Daniel F.

| | |
|---|---|
| **From:** | Blanks, Daniel F. |
| **Sent:** | Tuesday, October 30, 2007 6:15 PM |
| **To:** | 'rterry@durrettebradshaw.com'; 'egunn@durrettebradshaw.com' |
| **Cc:** | Foley, Douglas M. |
| **Subject:** | Jonathan A. Loy |
| **Importance:** | High |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'rterry@durrettebradshaw.com' | | |
| | 'egunn@durrettebradshaw.com' | | |
| | Foley, Douglas M. | Delivered: 10/30/2007 6:15 PM | Read: 10/30/2007 9:59 PM |
| | Blanks, Daniel F. | Delivered: 10/30/2007 6:15 PM | Read: 10/30/2007 6:16 PM |

Roy and Elizabeth,

Pursuant to Mr. Loy's instructions, attached please find copies of the Chapter 15 petition and related papers filed by Jeremiah A. O'Sullivan, the trustee of the property of Jonathan A. Loy.

If you would like to discuss this matter, please give either Doug or me a call at your convenience.

Thanks.

Dan


Daniel F. Blanks
**McGuireWoods LLP**
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3774 (Direct Line)
757.640.3963 (Direct FAX)
dblanks@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*
*CIRCULAR 230 DISCLOSURE*
*In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.*

**Blanks, Daniel F.**

| | |
|---|---|
| **From:** | Roy Terry [rterry@durrettebradshaw.com] |
| **To:** | Blanks, Daniel F. |
| **Sent:** | Wednesday, October 31, 2007 9:57 AM |
| **Subject:** | Read: Jonathan A. Loy |

Your message

    To:        rterry@durrettebradshaw.com
    Subject:

was read on 10/31/2007 9:57 AM.

1

**Blanks, Daniel F.**

---

**From:** Elizabeth Gunn [egunn@durrettebradshaw.com]
**To:** Blanks, Daniel F.
**Sent:** Tuesday, October 30, 2007 6:34 PM
**Subject:** Read: Jonathan A. Loy

Your message

    **To:**      egunn@durrettebradshaw.com
    **Subject:**

was read on 10/30/2007 6:34 PM.

1